# ELECTRONIC RECORD

COA # 13-13-00190-CR                    OFFENSE: 19.02

STYLE: ALBERT RODRIGUEZ MEDELLIN v. THE STATE OF TEXAS        COUNTY: Comal

COA DISPOSITION:        AFFIRMED          TRIAL COURT: 207th District Court

DATE: 4/2/15                Publish: NO    TC CASE #:    CR-2011-196

# IN THE COURT OF CRIMINAL APPEALS

STYLE: ALBERT RODRIGUEZ MEDELLIN v. THE STATE OF TEXAS

CCA #: 484-15

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 08/26/2015

JUDGE: _Per Curiam_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**